ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Qwest Government Services, Inc. | ) ASBCA No. 62059 |
|   d/b/a CenturyLink QGS | ) |
| | ) |
| Under Contract Nos. GS00T07NSD0002 | ) |
|       T.O. NXUQ000008 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:      Mark Hill, Esq.
                                         Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:    William E. Brazis, Jr., Esq.
                                         DISA General Counsel
                                     Vera A. Strebel, Esq.
                                     Colleen M. Eagan, Esq.
                                       Trial Attorneys
                                     Defense Information Systems Agency
                                     Scott Air Force Base, IL

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 19, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62059, Appeal of Qwest Government Services, Inc. d/b/a CenturyLink QGS, rendered in conformance with the Board's Charter.

Dated:  January 19, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals